**STATE of Missouri, Respondent,**

v.

**Randall E. BURNS, Appellant.**

**No. WD 50472.**

Missouri Court of Appeals,
Western District.

Feb. 6, 1996.

Robert G. Duncan, Kansas City, for appellant.

William P. Devoy, Pros. Atty., Linn County, Brookfield, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Randall E. Burns appeals his conviction of the class B misdemeanor of driving while intoxicated under § 577.010, RSMo 1994.

The judgment is affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Kent W. CARR, Appellant.**

**Kent W. CARR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50326.**

Missouri Court of Appeals,
Western District.

Feb. 6, 1996.

Judith C. LaRose, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Christina L. Thompson, Asst. Attorney General, Kansas City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

This consolidated appeal is from a conviction for sale of a controlled substance and from the denial, after an evidentiary hearing, of a Rule 29.15 motion alleging ineffective assistance of counsel. Judgments affirmed. Rule 30.25(b) and Rule 84.16(b).